# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankr. No. 13-70150-JAD |
| SUZAN ANN MOORE, ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ────────────────────X | |
| ) | Adv. No. 13-07023-JAD |
| SUZAN ANN MOORE, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Related to Dkt. #57 |
| - v- ) | |
| ) | |
| LANE M. LALONE, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ────────────────────X | |

## ORDER TO SHOW CAUSE

**AND NOW**, this **30th** day of **June**, **2015**, for the reasons expressed in the Memorandum Opinion issued this date, the Court hereby **ORDERS** that counsel for the Debtor/Plaintiff, Mr. Paul H. Mentzer, shall personally appear at a hearing set for **September 11, 2015** at **1:30 P.M.** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, and show cause why monetary sanctions should not be imposed against him for the various acts and omissions during his representation of the Debtor/Plaintiff in this bankruptcy and adversary proceeding as more fully detailed in the Memorandum Opinion.

Failure to appear at the hearing on this Order to Show cause may result in the imposition of sanctions against Mr. Mentzer without further notice or hearing.

It Is Further **ORDERED** that a written response by Mr. Mentzer to this Order to Show Cause as to why monetary or other sanctions should not be imposed shall be filed on or before **September 4, 2015**.

It Is Further **ORDERED** that the Defendant, Lane M. Lalone, may, but is not required, to file a motion for sanctions seeking to recover the legal fees incurred in connection with Mr. Mentzer's failure to attend the January 16, 2015 evidentiary hearing, including the legal fees associated with responding to the Request for New Hearing and Objection to Entrance of Judgment filed by the Plaintiff.

Should the Defendant choose to file a motion seeking recovery of fees, the motion shall be filed on or before **August 21, 2015**. A response to the motion, if filed, may be filed by Mr. Mentzer on or before **September 4, 2015**. The motion, if filed, will be heard concurrently with this Order to Show Cause.

Dated: June 30, 2015

_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

case administrator to serve:

Paul H. Mentzer, Esq.
Timothy J. Sloan, Esq.
Eric E. Bononi, Esq.
Office of the U.S. Trustee

FILED
6/30/15 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - PGH